

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2014

No. 04-14-00696-CV

**IN THE INTEREST OF E.P.C., ET AL., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02387
Honorable Charles E. Montemayor, Judge Presiding

### O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of her right to file her own brief and provided appellant with a form motion for requesting the appellate record. *See Kelly v. State*, No. PD-07-02-13, 2014 WL 2865901, at *3 (Tex. Crim. App. June 25, 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.); *see also In re R.R.,* No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights). The State has filed a letter waiving its right to file an appellee's brief unless the appellant files a pro se brief.

If the appellant desires to request the appellate record, she must file the motion requesting the record within ten days from the date of this order. If appellant desires to file a pro se brief, she must do so within twenty days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a pro se brief, the State may file a responsive brief no later than twenty days after the date the appellant's pro se brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court